David E. BAKER, Respondent,

v.

Pamela Ann BAKER, Appellant.

No. WD 53682.

Missouri Court of Appeals, Western District.

March 24, 1998.

Loramel P. Shurtleff, Shurtleff, Froeschner, Bunn & Aulgur, Columbia, for appellant.

Gary L. Stamper, Walther, Antel & Stamper, Columbia, for respondent.

Before ELLIS, P.J., ULRICH, C.J., and RIEDERER, J.

## ORDER

PER CURIAM.

Pamela Ann Baker appeals from a judgment of the Circuit Court of Boone County dissolving her marriage to David E. Baker. Perceiving no jurisprudential value in a published opinion, we enter this summary order. The parties have been provided with a memorandum opinion explaining our decision.

The judgment is affirmed. Rule 84.16(b).